LUDWIG HEIMAN and FRANCES HEIMAN, Respondents, v. PHILIP FEIN, etc., Appellant, and BESSIE HEIMAN, Respondent, v. PHILIP FEIN, etc., Appellant. (Consolidated Action.) — Consolidated actions for personal injuries sustained by Ludwig Heiman and Frances Heiman and for property damage to an automobile of Bessie Heiman, as a result of a collision between her car and the car of defendant at the intersection of Barretto street and Southern boulevard, New York city. Judgment in favor of Ludwig and Frances Heiman reversed, the action severed and a new trial ordered as to said plaintiffs, with costs to the appellant to abide the event, unless plaintiff Ludwig Heiman stipulates to reduce the judgment in his favor to the sum of $3,668.35; in which event the judgment as so modified and the order appealed from are affirmed, without costs. The judgment in favor of plaintiff Bessie Heiman is affirmed, with costs to said respondent. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ALBANY SAVINGS BANK, Respondent, v. CLARGUS REALTY CORPORATION and Others, Defendants, Impleaded with FRANCES NETTER, Appellant.— Action to foreclose mortgage on premises 74–78 Post avenue, New York city. Order granting plaintiff's motion for summary judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD WHEATLE, Defendant, Impleaded with BENJAMIN SILVERMAN and GUSSIE SILVERMAN, Appellants.— Judgment convicting defendants-appellants of the crime of violating Penal Law, section 970 (common gambling), and section 974 (policy), unanimously affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. LOUIS J. McNALLY and MARGARET C. McNALLY, Respondents.— Order granting defendants' motion to dismiss indictment charging them with the crime of conspiracy, unanimously affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

WILLIAM LEVINE, Appellant, v. CARRIE L. CLARKE and Others, Executrices, etc., of FANNIE F.-J. LEVERICH, Deceased, Respondents.— Action for personal injuries sustained by plaintiff by reason of falling into a hole on defendants' unoccupied land. At the close of the case, defendants' motion to dismiss the complaint was reserved. The jury rendered a verdict in favor of the plaintiff for $5,000. Defendants moved to set aside the verdict, which motion was granted, and the court thereupon granted the reserved motion to dismiss the complaint. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID LAKE, Appellant.— Judgment convicting defendant of violation of section 2354 of the Penal Law (violation of trade-mark), unanimously affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.